NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CAMERON OPLINGER,**
*Petitioner*

**v.**

**DEPARTMENT OF HOMELAND SECURITY,**
*Respondent*

---

2016-1076

---

Petition for review of an arbitrator's decision by Samuel J. Nicholas, Jr.

---

## JUDGMENT

---

DENNIS L. FRIEDMAN, Philadelphia, PA, argued for petitioner.

DAVID MICHAEL KERR, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., SCOTT D. AUSTIN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge*, REYNA and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 November 10, 2016                  /s/ Peter R. Marksteiner
         Date                       Peter R. Marksteiner
                                    Clerk of Court